IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: October 22, 2010



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-26002

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Mark Christopher Canada<br>        Debtor.<br>_____<br>Wells Fargo Bank, N.A.<br>        Movant,<br>   vs.<br><br>Mark Christopher Canada, Debtor, Edward J. Maney, Trustee.<br><br>        Respondents. | No. 2:10-BK-28553-RJH<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #19) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated May 8, 2003 and recorded in the office of the County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Mark Christopher Canada has an interest in, further described as:

> Being a portion of the Northeast quarter of the Northwest quarter of the Southeast quarter of Section 10.
> Township 4 North, Range 1 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, more particularly as follows:
> Commencing at the Northwest corner of said Northeast quarter;
> Thence North 90 degrees 00 minutes 00 seconds East along the North line of said Section 10, a distance of
> 343.01 feet to the Point Of Beginning;
> Thence continuing North 90 degrees 00 minutes 00 seconds East along said North line 318.01 feet to the
> Northeast corner of said Northeast Quarter;
> Thence South 00 degrees 00 minutes 19 seconds East along the East line of said Northeast quarter 336.79
> feet;
> Thence South 89 degrees 58 minutes 09 seconds West 318.01 feet;
> Thence North 00 degrees 00 minutes 19 seconds East feet to the POINT OF BEGINNING.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.